Location: SM13 Citation: P224958 SIDE: A

New Citation Search   New Hearing Search

## United States District Court Violation Notice

**Loc Code:** SM13
**Violation No.:** P 224958
**Print Officer Name:** STRAIN
**Officer No:** 2305

P 224958

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 4-10-05 8:19
**Offense Charged:** 36 CFR 4.2 (MS 63-3-1201)
**Place of Offense:** NATR milepost 103
**Offense Description:** Reckless driving

**Defendant's Last Name:** Martin
**First Name:** Timothy
**MI:** W
**Street Address:** 106 Arbor Ridge RD
**City:** Ridgeland
**State:** MS
**Zip Code:** 39157
**Date of Birth:** 07-15-1958
**Driver's License No:** (blank)
**DL State:** MS
**Social Security Number:** (blank)

### VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| GA243 | MS | 99 | GMC | BLK |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
___ I wish to terminate this matter by paying the collateral shown below, enclosed
___ I plead not guilty and promise to appear as required

### YOUR COURT DATE

**Court Address:** (blank)
**Date:** (blank)
**Time:** (blank)

**Collateral (fine):** MA
For payment by credit card SEE INSTRUCTIONS.

**Physical Description** — Original CVB Copy

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) |
|---|---|---|---|---|---|---|
| M | W | 5'08 | 165 | BRO | BRO | **Adult** / Juvenile |

**Weather Conditions:** (Clear circled), Cloudy, Rain, Snow, Ice, Fog
**Traffic Conditions:** (Light circled), Medium, Heavy

NPS Form 10-50, Rev 6/00

Location: SM13 Citation: P224958 SIDE: B

New Citation Search    New Hearing Search

STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _ _ _ _ _ _ _ _ _ _ _ 20 _ while exercising
my duties as a law enforcement officer in the _ _ _ _ _  _ _ _ _

On April 10 2005 at 0119 hours while exercising my duties as a law enforcement officer in the Southern District of Mississippi I observed Timothy Martin driving said vehicle As Martin passed my vehicle I observed his vehicle go onto and over the white fog line then pass through the traffic lane to go onto and over the yellow center line

The foregoing statement is based upon
☑ my personal observation          ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 4-10-05
              Date                    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _ _ _ _ _
              Date                    U.S. Magistrate Judge

## CVB Scan 6/1/2005  16 31 10

Location: SM13 Citation: P224959 SIDE: A

New Citation Search  New Hearing Search

**United States District Court Violation Notice**

Loc Code: SM13

Violation No: P 224959
OS R 185

Print Officer Name: STRAIN
Officer No: 2305

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 4-10-05  0119
Offense Charged: 36 CFR 4.23(a)(2)
Place of Offense: NATR Milepost 103
Offense Description: DUI - BAC > .10%

Defendant's Last Name: Martin
First Name: Timothy
MI: W
Street Address: 106 Arbor Ridge Rd
City: Ridgeland
State: MS
Zip Code: 39157
Date of Birth: 7-15-58
Driver's License No: 
D.L. State: MS
Social Security Number: 

VEHICLE DESCRIPTION

Vehicle Tag No: A243
Vehicle Tag State: MS
Year: 99
Vehicle Make: GMC
Vehicle Color: BLK

A [X] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address:
Date:
Time:

Collateral (fine): $MA
For payment by credit card SEE INSTRUCTIONS

Physical Description         Original  CVB Copy

Sex: M
Race: W
Height: 5'08"
Weight: 165
Hair: BRO
Eyes: BRO
(Circle One) Adult / Juvenile

Weather Conditions: (Clear) Cloudy Rain Snow Ice Fog
Traffic Conditions: (Light) Medium Heavy

NPS Form 10-30, Rev 6/00

http://156.132.86.246/cgi-cvb/getimage.pl?roper:SM13:A:P224959            8/19/2005

Location: SM13 Citation: P224959 SIDE: B

New Citation Search  New Hearing Search

STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____ , 20__ while exercising
my duties as a law enforcement officer in the _____

On April 10, 2005 at 0119 hours while exercising my duties as a law enforcement officer in the Southern District of Mississippi I observed Timothy Martin drive said vehicle Through field sobriety tests, Martin's statements, observations of Martin, and a certified Intoxilyzer 8000 reading of .015 BrAc, I determined that Martin was under the influence of the alcohol while driving his motor vehicle

The foregoing statement is based upon
☒ my personal observation       ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 4-14-05
Date                    Officer Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date                    US Magistrate Judge

CVB Scan 6/1/2005 16 31 10

http://156.132.86.246/cgi-cvb/getimage.pl?roper:SM13:B:P224959          8/19/2005