IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA )
)
VS. )   CRIMINAL NO. P/224958/SM13
)                    P/224959/SM13
TIMOTHY W. MARTIN )

### NOTICE OF APPEAL AND DESIGNATION OF RECORD PURSUANT TO FRCRP 35(A) AND 18 U.S.C. §3742

TO:  United States District Court Clerk
  Southern District of Mississippi
  245 East Capitol Street
  Jackson, Mississippi 39201

You are hereby notified that the defendant in the above styled and numbered cause, being aggrieved by the rendition of the Judgment entered against him/her on the **17th day of August, 2005**, does hereby appeal said Judgment to the United States District Court, and you are, therefore, directed to prepare the record in accordance with the laws of the United States of America, and upon completion of said record, to transmit it forthwith to the Clerk of the Court of the District Court for the Southern District of Mississippi.

Defendant does hereby designate the portions of such record to be contained in the record of appeal to said District Court;

1. All relevant information contained in the case file of the above mentioned cause for Defendant **Timothy W. Martin** as prescribed by **18 U.S.C. §3742(d)**.

2. All documentary, testimonial, and physical evidence, including but not limited to transcripts of all proceedings, introduced at the hearings of said matters as prescribed by **18 U.S.C. §3742(d)**.

3. A full record of testimony presented to the Court on August 17, 2005 relevant to the above mentioned cause for said defendant as prescribed by **18 U.S.C. §3742(d)**.

4. The Judgment of Conviction and the Sentence Order.

5. This Notice of Appeal.

RESPECTFULLY SUBMITTED,

BY _____
ROBERT LOUIS WILLIAMSON
ATTORNEY FOR DEFENDANT

OF COUNSEL:
ROBERT LOUIS WILLIAMSON
ROBERT LOUIS WILLIAMSON, P.A.
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39201
(601) 944-1416; FAX (601) 354-5548
MSB#9704; E-mail robert@robertlouiswilliamson.com